**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BENJAMIN WITTES, *et al.*,

                *Plaintiffs*,

                *vs.*

DONALD J. TRUMP, *in his official capacity*
*as President of the United States*,

                *Defendant*.

Case No. 1:20-cv-1503

## MOTION FOR LEAVE TO USE ALTERNATE ADDRESS

Plaintiffs Benjamin Wittes and Scott R. Anderson, by counsel, hereby move the Court for leave to proceed through use of an alternate address rather than the "full residence address" normally required under Local Civil Rule 5.1(c)(1). For the reasons they describe in the attached declarations, Messrs. Wittes and Anderson ("Individual Plaintiffs") possess a fear of reprisal if they provide their residence addresses on the public docket, and there is no countervailing public interest in public disclosure of their residence addresses.

In this action, the Individual Plaintiffs, together with Plaintiff Protect Democracy Project, Inc., seek declaratory relief and a writ of mandamus against President Trump over the President's failure to issue a statutorily required report concerning the legal frameworks for the use of military force. The Individual Plaintiffs are national security experts and editors of *Lawfare*, an online publication that focuses on national security and that has published commentary, including criticism, regarding President Trump and Trump Administration policies. As they explain in the attached declarations, both Messrs. Anderson and Wittes have received

hostile and angry communications over social media and e-mail in connection with previous commentary regarding President Trump, and some threatening messages. *See* Anderson Decl. ¶ 4; Wittes Decl. ¶ 4. Mr. Wittes in particular has received threats in connection with his previous commentary regarding President Trump, and on one occasion late last year, Mr. Wittes's car was vandalized outside his home. *See* Wittes Decl. ¶¶ 4–5.

There is no legitimate public interest in the public disclosure of the Individual Plaintiffs' residence addresses, and Defendant, who may reach the Individual Plaintiffs through counsel, will not be prejudiced in any way. The Individual Plaintiffs have provided their *Lawfare* post office box address in the Complaint filed in this matter on this date, and, if required by the Court, will file their residence addresses under seal. Accordingly, the Individual Plaintiffs respectfully request that the Court dispense with the "full residence address" requirement of Local Civil Rule 5.1(c)(1) and permit them to proceed with the alternate address provided. *See Yaman v. Dep't of State*, 786 F. Supp. 2d 148, 152–53 (D.D.C. 2011) (applying equitable balancing test in permitting plaintiffs to proceed without public filing of residence address).

Dated: June 9, 2020                    Respectfully submitted,

                                       /s/ Nitin Shah
                                       _____

                                       Nitin Shah (D.C. Bar No. 156035)
                                       Aman George (D.C. Bar No. 1028446)
                                       Sean Lev (D.C. Bar No. 449936)
                                       **DEMOCRACY FORWARD FOUNDATION**
                                       1333 H Street NW
                                       Washington, D.C. 20005
                                       (202) 448-9090
                                       nshah@democracyforward.org
                                       ageorge@democracyforward.org
                                       slev@democracyforward.org

                                       *Counsel for Plaintiffs*