CO-386
10/2018

# United States District Court
# For the District of Columbia

Benjamin Wittes, Scott R. Anderson,
and Protect Democracy Project, Inc.

              Plaintiff

vs

Donald J. Trump, in his official capacity as
President of the United States

              Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Protect Democracy Project, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Protect Democracy Project, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Nitin Shah_____
Signature

D.C. Bar. No. 156035_____
BAR IDENTIFICATION NO.

Nitin Shah_____
Print Name

P.O. Box 34553_____
Address

Washington   D.C.              20043_____
City              State             Zip Code

(202) 448-9090_____
Phone Number