UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BENJAMIN WITTES**, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 20-cv-01503-RC |
| ) | |
| v. ) | |
| ) | |
| **DONALD J. TRUMP**, *in his official* ) | |
| *capacity as President of the United States*, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Plaintiffs, Benjamin Wittes, Scott R. Anderson, and Protect Democracy Project, Inc., and Defendant, Donald J. Trump, in his official capacity as President of the United States, hereby stipulate to the dismissal of this matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own attorneys' fees and costs.

Dated: November 17, 2020                                                    Respectfully submitted,

*/s/ Karianne M. Jones*                                                         JEFFREY BOSSERT CLARK
Karianne M. Jones (DC Bar No. 187783)                          Acting Assistant Attorney General
Aman George (DC Bar No. 1028446)
Benjamin Seel (DC Bar No. 1035286)                             ANTHONY J. COPPOLINO
Sean Lev (DC Bar No. 449936)                                         Deputy Director
Democracy Forward Foundation                                     Federal Programs Branch
1333 H Street NW
Washington, DC 20005                                                    */s/ Joshua C. Abbuhl*
(202) 448-9090                                                                  JOSHUA C. ABBUHL (DC Bar No. 1044782)
kjones@democracyforward.org                                      Trial Attorney
ageorge@democracyforward.org                                   U.S. Department of Justice
bseel@democracyforward.org                                        Civil Division, Federal Programs Branch
slev@democracyforward.org                                          1100 L Street, NW
                                                                                          Washington, DC 20005
*Counsel for Plaintiffs*                                                       Telephone: (202) 616-8366
                                                                                          Facsimile: (202) 616-8470
                                                                                          joshua.abbuhl@usdoj.gov

                                                                                          *Counsel for Defendant*